IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE, & ANNUITY FUNDS, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 05-CV-774-WDS ) |
| YARBER MASONRY, INC., | ) ) |
| Defendant. | ) |

### ORDER

The Court **GRANTS** plaintiffs' Motion for Default Judgment, and **IT IS FURTHER ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from the defendant, **Yarber Masonry, Inc.**, the sum of $1,001.50 for delinquent contributions owed by defendant to plaintiff.

2. That plaintiffs recover from the defendant, **Yarber Masonry, Inc.**, the sum of $114.41 for liquidated damages.

3. That plaintiffs recover from the defendant, **Yarber Masonry, Inc.**, the costs of these proceedings to include the sum of $1,115.91 for the plaintiffs' just and reasonable attorneys' fees, costs and expenses.

4. That plaintiff recovers from the defendant, **Yarber Masonry, Inc.**, the sum of $295.94 for the cost of the audit.

5. That plaintiffs are awarded execution for the collection of the judgments and costs granted hereunder.

6.   Defendant is hereby ordered to turn over its payroll records and books to plaintiffs so that an audit can be conducted to verify any additional amounts currently unknown and due and owing.

7   That the Court hereby retains jurisdiction of this cause and all the parties hereto for the purpose of enforcing this Order.

DATED: February 27, 2006

      *s/WILLIAM D. STIEHL*
United States District Court Judge